1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MORTGAGETREE LENDING, INC.,     ) 1: 05-CV-00278-OWW-SMS
                                )
                 Plaintiff,     ) ORDER RE: FINDINGS AND
     v.                         ) RECOMMENDATION REGARDING
                                ) PLAINTIFF'S MOTION FOR DEFAULT
MORTGAGE TREE FUNDING, INC.,    ) JUDGMENT AND PLAINTIFF'S MOTION
et al.,                         ) FOR COSTS AND ATTORNEY'S FEES
                                ) (DOCS. 6-9)
                 Defendants.    )
                                ) ORDER DIRECTING THE CLERK TO
                                ) ENTER JUDGMENT

     Plaintiff is proceeding with a civil action. The matter has

been referred to the Magistrate Judge pursuant to 28 U.S.C. §

636(b) and Local Rule 72-302(c)(19). Pending before the Court is

Plaintiff's motion for default judgment in which Plaintiff seeks

damages, injunctive relief, costs, and attorney's fees.

     On November 21, 2005, the Magistrate Judge filed findings

and a recommendation that the District Judge grant in part and

deny in part Plaintiff's application for default judgment against

Defendant Mortgage Tree Funding, Inc. The findings and

recommendation were served on all parties on November 21, 2005,

and contained notice that any objections to the findings and

1

1  recommendations were to be filed within thirty (30) days of the

2  date of service of the order. No party has filed any objections.

3       In accordance with the provisions of 28 U.S.C. § 636

4  (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d

5  452, 454 (9th Cir. 1983), this Court has conducted a de novo

6  review of the case. Having carefully reviewed the entire file,

7  the Court finds that the report and recommendation are supported

8  by the record and proper analysis.

9       Accordingly, IT IS HEREBY ORDERED that:

10      1. The findings and recommendation filed November 21, 2005,

11  are ADOPTED IN FULL; and

12      2. Plaintiff's motion for default judgment IS GRANTED with

13  respect to Plaintiff's first, second, and fourth causes of

14  action; and

15      3. The Clerk IS DIRECTED TO ENTER DEFAULT JUDGMENT for

16  Plaintiff MortgageTree Lending, Inc., and against Defendant

17  Mortgage Tree Funding, Inc., as follows:

18          a) Pursuant to 15 U.S.C. § 1117(c)(1), statutory

19  damages in the amount of $50,000.00; and

20          b) Pursuant to 15 U.S.C. § 1117(a), attorney's fees in

21  the amount of $12,240.00; and

22          c) Pursuant to 15 U.S.C. § 1117(a), $1,063.52 in costs
   and expenses. IT IS SO ORDERED.

23

**Dated:   January 26, 2006**                    **/s/ Oliver W. Wanger**
24  emm0d6                                   UNITED STATES DISTRICT JUDGE

25

26

27

28

2