```
                                          FILED
                                      JUDGMENT ENTERED

                                    _____Jan. 30, 2006__
                                              Date
                                    by _____G. Lucas_____
                                           Deputy Clerk
                                       U.S. District Court
                                   Eastern District of California
                                      XX     FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MORTGAGETREE LENDING, INC.,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

CV-F-05-278 OWW/SMS

MORTGAGE TREE FUNDING, INC.,

    Defendant.
_____/

    DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of MortgageTree Lending, Inc., and against the defendant Mortgage Tree Funding, Inc., as follows: 1) statutory damages in the amount of $50,000; 2) attorney's fees in the amount of $12,240; and 3) costs and expenses in the amount of $1,063.52.

DATED:

                        JACK L. WAGNER, Clerk

                        /S/ Greg Lucas
               By:
                        Deputy Clerk

jgm.civ
2/1/95